AO 91 (Rev. 11/11) Criminal Complaint

FILED

## UNITED STATES DISTRICT COURT

for the

Middle District of Florida

2014 AUG 28  PM 2: 23

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

United States of America )
v. )
)
JEAN ROUSSEL ELOI )
)
)
)

Case No.
6:14-mj-1443

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 25, 2014 _____ in the county of _____ Brevard _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, § 2422(b) | using a facility of interstate commerce to knowingly attempt to persuade, induce, and entice any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Spadafora, Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/28/14

City and state:          Orlando, Florida

*Judge's signature*

KARLA R. SPAULDING, MAGISTRATE JUDGE
*Printed name and title*

STATE OF FLORIDA

CASE NO. 6:14-mj-1443

COUNTY OF ORANGE

## AFFIDAVIT

### I.    Introduction

I, Michael R. Spadafora, after being duly sworn, depose and state:

1.    I am a Task Force Agent with the United States Department of Homeland Security Investigations, formerly the United States Customs Service. I am currently assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of the United States Immigration and Customs Enforcement in the counties of Brevard and Volusia in the Middle District of Florida. I am a cross-designated law enforcement officer of the United States within the meaning of Section 1401(I) of Title 19, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Section 2510(7) of Title 18 United States Code.

2.    On November, 2007, I was assigned as a Task Force Agent with United States Immigration and Customs Enforcement, Homeland Security Investigations (ICE/HSI). I am currently employed by the Brevard County Sheriff's Office and assigned to the Special Victims Unit to investigate Internet crimes against children. I have been a sworn law enforcement officer in the State of Florida since April 27, 1998.

3.    As a Task Force Agent, my responsibilities include investigating possible criminal violations of U.S. Customs and related laws. I have received over 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes.  I have been involved in investigations involving child pornography and online

1

solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors Title 18, United States Code, Sections 2422 (b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

   4.  This affidavit is submitted in support of a criminal complaint affidavit against JEAN ROUSSEL ELOI (ELOI) for violations of Title 18, United States Code, Sections 2422 (b). As set forth in more detail below, I believe there is probable cause to find that ELOI used a facility or means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2422 (b).

   5.  I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

   6.  Title 18, United States Code, Section 2422(b) prohibits a person from knowingly attempting to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity by using any means and facility of interstate commerce, for

2

example, by cellular telephone and computer via the internet, in violation of Title 18, United States Code, Sections 2422 (b).

## II.      Investigation

7.      On July 22, 2014, Detective Ursula Cowan from the Palm Bay Police Department requested assistance on a case she was investigating. The case involved an 11 year-old female resident of Brevard County, Florida who was contacted by someone using the screen name of "urlust69" through a software messaging, video and chat application known as "ooVoo." In the initial ooVoo chat the minor told "urlust69" that she was 11 years-old, and "urlust69" responded that age was just a number and he could teach her things that would make her feel good. The minor told her parents about this chat, and her parents continued the conversation with "urlust69" for a brief period of time, as if they were the minor. The parents then reported the incident to the Palm Bay Police Department. The minor's mother knew that "urlust69" was a screen named used by ELOI from her own ooVoo chats with him. The minor's mother knew ELOI to be a Jamaican male, 29 years-old, who was the manager at a retail clothing store in Palm Bay, Brevard County, Florida. The parents further advised that ELOI had a noticeable skin condition and prominent lumps on the back of his head.

8.      On July 23, Brevard County Sheriff's Sergeant Robert Vitaliano and I met with Detective Cowan at the Palm Bay Police Department. Detective Cowan advised she obtained the child's phone and with the permission of the child's parents attempted to extract information from the phone, however she was unable to obtain the chat logs from the ooVoo conversation. Detective Cowan gave the phone to me so that the Brevard County Sheriff's Office Forensic Unit could attempt to extract the information from the cellular phone. Detective Cowan advised she also obtained permission from the child and her parents for law enforcement to use the child's screen name on ooVoo and assume the child's identity. Detective Cowan then provided me with the ooVoo username and password for the child's account.

3

9.      I was able to access the account and it had a Friend's List, which included the screen name "urlust69." It also showed that "urlust69" was online via a green circle by his name with a check mark within the circle. I activated the messaging associated with "urlust69" and the entire chat log appeared, dated from July 20, 2014, through July 24, 2014. This chat log showed that "urlust69" sent the child four messages since law enforcement had been contacted. The messages read "hey sexy", "hello", "hi" and "hi."

10.      On July 24, 2014, having assumed the minor's identity, I sent "urlust69" a message and wrote "hi."[1] The next day, July 25, 2014, "urlust69" responded and wrote "hey sexy." "urlust69" then wrote "wat u doing wen r we ganna see." I asked what "urlust69" wanted to do, and "urlust69" replied "chill, we can dance." I again reminded "urlust69" of the minor's age by writing "have to wait till moms leaves she been chill since im 11 let me stay home." "urlust69" confirmed he received this message by saying "oh k." During this conversation "urlust69" wrote "no im here, so do u ever kiss before." I once again reminded "urlust69" of the minor's age by saying "yeah like im 11 not a baby." "urlust69" then wrote "oh ok wat bout touch." I asked him where, which, "urlust69" responded "everywhere." I told him "never did really but friends told me bout it." "urlust69" then asked "yea do u have hair on you pussy yet." I replied, "little."

12.      "urlust69" wrote, "oh k u play wit it." I pretended not to know what "urlust69" was talking about and asked what, and he replied "ur pussy." I told him I was "kind shy to say." "urlust69" then asked "oh k do anyone ever play wit it." I told him no and that my friends told me about it.

13.      Further in the conversation "urlust69" told the minor, "u can't do wat I wanna do, I wanna touch, kiss, n play wit u." I replied "lol serious like how tho," "urlust69" stated "I can show

---

[1] From this point in the investigation forward, I continued to portray myself as the minor and "urlust69" continued to have internet ooVoo conversations with me as the minor. The 11 year old female did not have any further communications with "urlust69" after her initial chat with him.

4

only show you, but touching all over n kissing." I wrote "hehehehe u wanna touch me like ya just wanna touch me." "urlust69" responded yes, and I asked where. "urlust69" asked where the minor wanted him to touch her. I replied "idk if u tell me I'll say if its ok."[2] "urlust69" responded and wrote "ur tits, neck, ass, thigh n pussy." I asked if he just wanted to touch, and "urlust69"wrote "I can touch them." I told "urlust69" he could if he wanted, and "urlust69" asked "can kiss them too." I asked what parts, and "urlust69" wrote "tits, belly button, lips, n pussy." When I told him it would be ok, "urlust69" responded "well wen u come here." I asked where, and "urlust69" wrote, "my place."

14.     I asked how I would get there and it was raining. "urlust69" wrote he could pick me up, and I wrote that would be ok and my mother would be leaving soon and I would let him know when she left.  "urlust69" then wrote "yes so I can come." I wrote him "not until she (mother) leaves."  "urlust69" wrote the minor "make u wear skirt, it will b easy to just pull up n kiss it with my tongue." "urlust69" then once again wrote "make sure." I wrote that I would wear a skirt and further wrote "k so u just wanna kiss it with ur tongue down there that's all." "urlust69" responded "yes wat else u want me to u can tell me." I wrote "idk is there more," and "urlust69" responded "yes but I will show u wen I see u." I asked like what, and "urlust69" wrote "rubbe my finger on ur click." I asked what a click was, and  "urlust69" wrote "it's on your pussy I will show u."

15.     I asked if that was all he was going to show me, "urlust69" responded "there is more but I can only show u wen I see u." I wrote I wished he would tell me, and "urlust69" wrote "showing u is better than telling" and "I will show u wen I see u." I wrote that my mother was almost ready to leave and asked if he was on his phone.  "urlust69" stated he was on his laptop and wrote "make sure u delete all the messages from ur page k."

---

[2] The slang acronym, "idk" is commonly understood to mean "I don't know."

16.     I wrote that I would have to meet him at the Walgreens because my mom had a neighbor watching the house. I wrote that I would be inside and he could let me know when he was outside and I would come out and meet him. "urlust69" asked if I was walking. I wrote that I was and asked what color car he had, and "urlust69" replied "white." At approximately 8:20 p.m. I wrote that I was there.

17.     During this last series of chats between me and "urlust69" law enforcement agents from the Brevard County Sheriff's Office were conducting surveillance on the vehicle owned by ELOI which was parked in his apartment complex in Palm Bay, Brevard County, Florida. At approximately 8:21 p.m., agents observed ELOI drive his vehicle out of the apartment complex and go directly to the Walgreens store on Port Malabar Road, Palm Bay, Florida. Agents contacted ELOI as he got out of his car at the Walgreens store and he was arrested. He told the arresting agents his name was Jean Roussel Eloi and his identity was confirmed with his Florida driver's license.

18.     During the course of this investigation a subpoena was issued to obtain the subscriber information for the account of "urlust69" from ooVoo. ooVoo responded to the subpoena and provided the following information: The account registration date is July 19, 2014. The subscriber gave an email address of "jreloi01@yahoo.com as his email address and a date of birth as January 02, 1985. The email address provided by ooVoo of "jreloi01" appears to be a combination of the initials for ELOI's first and middle name, Jean Roussel, followed by his full last name, ELOI. The January 02, 1985, date of birth for the subscriber is also ELOI's recorded date of birth.

19.     During the course of this investigation, I submitted an application for a State search warrant for the ooVoo account for "urlust69." I also submitted an application for a State search warrant for the cellular telephone ELOI had in his possession at the time of his arrest.

6

On July 29, 2014, Brevard County Circuit Judge Jeffrey Mahl reviewed both applications and signed both search warrants.

20.     On July 31, 2014, ooVoo responded to the search warrant for the account of "urlust69." The information provided by ooVoo showed the chat logs dated July 20, 2014, through July 25, 2014, between "urlust69" and "bre730001," the username for the minor Internet Protocol (IP) logs were also obtained for the account of "urlust69" from ooVoo, including 97.102.137.180 and 172.56.37.133.

21.     On August 5, 2014, a subpoena was sent to T-Mobile for IP address 172.56.37.133. T-Mobile responded to the subpoena and advised the following: The IP addresses are not subscriber specific, they are T-Mobile internet interface addresses used to logon on before the user connection is passed through to the internet.

22.     Also during this time frame a subpoena was sent to Bright House Networks for IP address 97.102.137.180. On August 19, 2014, Bright House Networks responded to the subpoena and provided the following subscriber information: Jean Eloi, 1571 Windwood Drive, NE Apt 101, Palm Bay, Fl, 32905.

23.     I also conducted an internet search for the screen name of "urlust69," with positive results. The search showed adult dating sites where the screen name of "urlust69" was used. Attached to the user profile of "urlust69" is a profile photograph. The profile photograph is an image of ELOI.

### III. Conclusion

I believe there is probable cause that **JEAN ROUSSEL ELOI** by using any means and facility of interstate commerce, that is, by cellular telephone and computer via the internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Attempted Sexual Battery, a violation of F.S. 794.011, all in violation of Title 18, United States Code, Section 2422 (b).

Michael Spadafora
Task Force Agent
Homeland and Security Investigations

Sworn to and subscribed before me
this __28__ day of August, 2014.

KARLA R. SPAULDING
United States Magistrate Judge

8