UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:14-cr-248-Orl-28GJK

JEAN ROUSSEL ELOI

**UNITED STATES' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby respectfully opposes the defendant's motion to continue the sentencing hearing, as follows:

1. The defendant asserts that United States v. Clarke, 780 F.3d 1131 (11th Cir., March 17, 2015), has a direct bearing on the appropriate Guideline scoring in this case, and this Court should wait for a ruling from the Florida Supreme Court before sentencing the defendant. In Clarke the Court of Appeals has certified a question to the Florida Supreme Court whether a guilty plea, a finding of guilt, but an "adjudication withheld" in State court is a conviction under 18 U.S.C. § 922(g).

2. The defendant has objected to a proposed 5-level increase in his Guideline score under USSG § 4B1.5(b)(1). The United States has more fully addressed this issue in its Amended Sentencing Memorandum, Doc. 69, but § 4B1.5(b)(1) provides for the 5-level increase if the defendant has engaged in "a pattern of activity involving prohibited sexual conduct." The increase is not

predicated on a prior conviction, Application Note 4(B)(ii), § 4B1.5(b), but rather on evidence that establishes a pattern of activity involving sexual misconduct. See, e.g., United States v. Worsham, 479 Fed. Appx. 200 (11th Cir. 2012) (unpublished opinion), where such a pattern was established based on the testimony of three women and an FBI investigation.

3. The defendant's reliance on Clarke is misplaced, because the Florida Supreme Court's answer to the certified question has no bearing on application of USSG 4B1.5(b)(1). There is no reason to delay the sentencing because of Clarke.

WHEREFORE, the United States opposes the motion to continue the sentencing hearing.

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

By: *s/Bruce S. Ambrose*
    BRUCE S. AMBROSE
    Assistant United States Attorney
    USA No. 075
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:   bruce.ambrose@usdoj.gov

U.S. v. JEAN ROUSSEL ELOI          Case No. 6:14-cr-248-Orl-28TBS

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maria Guzman
Assistant Federal Defender

*s/ Bruce S. Ambrose*
BRUCE S. AMBROSE
Assistant United States Attorney
USA NO. 075
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone:      (407) 648-7500
Facsimile:      (407) 648-7643
E-mail:   bruce.ambrose@usdoj.gov